UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| APPLE INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:22-cv-1231-MSN-JFA |
| ) | |
| THE UNITED STATES PATENT AND ) | |
| TRADEMARK OFFICE; and ) | |
| KATHERINE. K VIDAL, in her official ) | |
| capacity as DIRECTOR OF THE ) | |
| UNITED STATES PATENT AND ) | |
| TRADEMARK OFFICE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**JOINT MOTION FOR AN EXTENSION OF BRIEFING SCHEDULE IN LIGHT OF SETTLEMENT IN PRINCIPLE**

The parties, through their undersigned counsel, hereby move the Court to enter a short extension of time for the parties' cross-motions for summary judgment in this matter. The grounds for this motion are as follows:

1. The parties have discussed settlement and have reached an agreement in principle.

2. The parties request a short extension of the current summary judgment briefing deadlines (ECF No. 57) to allow them time to finalize their agreement and file a stipulation with the Court.

3. Accordingly, counsel for the parties have conferred, and respectfully jointly request that the Court enter the following modified briefing schedule for the parties' cross-motions for summary judgment, which extends the deadline for each brief by one week:

      a.  Any party moving for summary judgment shall do so on or before September 14, 2023.

      b.  Any opposition to a motion for summary judgment shall be filed on or before October 5, 2023.

      c.  Any reply in support of a motion for summary judgment shall be filed on or before October 19, 2023.

4. The hearing on motions for summary judgment will remain as previously set on October 27, 2023, at 10:00 a.m.

5. A proposed order is attached hereto for the Court's convenience.

Date: August 31, 2023

Respectfully submitted,

| | |
|---|---|
| JESSICA D. ABER<br>UNITED STATES ATTORNEY | BLANKINGSHIP & KEITH, PC |
| By:   /s/<br>REBECCA LEVENSON<br>Assistant United States Attorney<br>Office of the United States Attorney<br>Justin W. Williams U.S. Attorney's Building<br>2100 Jamieson Avenue<br>Alexandria, Virginia 22314<br>Tel: (703) 299-3760<br>Fax: (703) 299-3983<br>Email: rebecca.s.levenson@usdoj.gov<br><br>*Counsel for Defendants* | By:   /s/<br>ROBERT E. SCULLY, JR. (VSB No. 19218)<br>4020 University Drive, Suite 300<br>Fairfax, VA 22030<br>Telephone: (703) 691-1235<br>Facsimile: (703) 691-3913<br>rscully@bklawva.com<br><br>Dale M. Cendali (*pro hac vice*)<br>Mary Mazzello (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>dale.cendali@kirkland.com<br>mary.mazzello@kirkland.com<br><br>*Counsel for Plaintiff* |