# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| APPLE INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:22-cv-1231-MSN-JFA |
| | ) |
| THE UNITED STATES PATENT AND TRADEMARK OFFICE; and KATHERINE. K VIDAL, in her official capacity as DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE, | ) |
| | ) |
| Defendants. | ) |

Upon consideration of the parties' joint motion for an extension of the summary judgment briefing schedule, it is hereby

ORDERED that the parties' motion is GRANTED; and it is further

ORDERED as follows:

a. Any party moving for summary judgment shall do so on or before September 14, 2023.

b. Any opposition to a motion for summary judgment shall be filed on or before October 5, 2023.

c. Any reply in support of a motion for summary judgment shall be filed on or before October 19, 2023.

d. Any party moving for summary judgment shall notice their summary judgment motion for the previously set hearing date of October 27, 2023, at 10:00 a.m,

Date: _____

UNITED STATES DISTRICT JUDGE